# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr- 00410-HZ |
| v. | **INFORMATION** |
| | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| **JONATHAN ANDREW BEWLEY,** | Forfeiture Allegation |
| **Defendant.** | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Possession of Child Pornography)
### (18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On or about October 4, 2019, in the District of Oregon and elsewhere, defendant **JONATHAN ANDREW BEWLEY,** knowingly and unlawfully possessed material containing child pornography that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, and in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, said images included a depiction of a prepubescent minor or a minor who had not attained twelve years of age;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

# FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253(a)(1) and (3), upon conviction of the offense described above in Count 1 of this information, defendant **JONATHAN ANDREW BEWLEY** shall forfeit to the United States any and all matter which contains visual depictions of minors engaged in sexually explicit conduct that were produced, transported, mailed, shipped, or received in violation of the offense, and any and all property that was used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations or any property traceable to such property, to include: Samsung Galaxy S8, black computer tower, and Samsung Galaxy Note.

Dated:  August 31, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Natalie K. Wight*_____
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney